UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | Cause No. 3:23-CR-95-BJB |
| | ) |
| LISA SMITH | ) |
| | ) |
| **Defendant,** | ) |

## NOTICE OF FILING OF OBJECTIONS AND CLARIFICATIONS TO PRESENTENCE INVESTIGATION REPORT PURSUANT TO FRCrP 32(f)(3)

COMES NOW, Lisa Smith, by counsel for the Defendant herein, after review of his Pre-Sentence Investigation Report on September 18, 2024, at the Oldham County Detention Center, states she has no interposing objections or requests for clarification to the Presentence Investigation Report.

Ms. Smith agrees to the factual renditions contained in her federal indictment(s) **Cause No. 3:23-CR-95-BJB** for purposes of acceptance and responsibility.

       \_\_\_/s/Dax R. Womack_____
**WOMACK LAW OFFICE, LLC**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
(270) 826-5040
info@womacklawofficellc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**William Hartman Brammell , Jr**
Bill@WickerBrammell.com,dianne@wickerbrammell.com,2755260420@filings.docketbird.com,dana@wickerbrammell.com,kayla@wickerbrammell.com

- **Bryce L. Caldwell**

brycecaldwell33@gmail.com

- **Scott C. Cox**

CoxECF@aol.com

- **Scott Coleman Cox , II**

ccox@600mainlaw.com

- **Frank E. Dahl , III**

frank.dahl@usdoj.gov,usakyw.vwu@usdoj.gov,charlotte.hendricks@usdoj.gov,CaseView.ECF@usdoj.gov,usakyw.ecfcriminal@usdoj.gov,usakyw.assetfor@usdoj.gov

- **Matthew Jess Farra**

matt@farralaw.com

- **Kevin M. Glogower**

kmglogower@aol.com

- **Kevin L. Goff**

kevin@gofflaw.us,notices@UpRightLaw.com

- **Michael L. Goodwin**

michaellgoodwin@me.com

- **Jonathan M. Hodge**

jhodge@hsplawpartners.com

- **Travis B. Lock**

tlock@tlocklaw.com

- **Dawn L. McCauley**

lebanonlawyer@cs.com

- **Ramon McGee**

rmcgeeinc@hotmail.com

- **C. Fred Partin**
fredpartin@bellsouth.net
- **Joshua Ryan Porter**
joshua.porter@usdoj.gov,Dejhanea.Blanks@usdoj.gov,Kara.Slone@usdoj.gov,usakyw.vwu@usdoj.gov,CaseView.ECF@usdoj.gov,usakyw.ecfcriminal@usdoj.gov,usakyw.assetfor@usdoj.gov

Catherine_brun@kywp.uscourts.gov

    I further certify that on September 18, 2024, I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

    None

    s/Dax R. Womack
Dax R. Womack
Attorney for Defendant
**WOMACK LAW OFFICE, LLC.**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
Phone: (270) 826-5040
Fax: (270) 826-9080
info@womacklawofficellc.com